# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>BENJAMIN FRANCISCO CADILLO,<br><br>　　　　Defendant. | Case No: CR 12-0391 SBA<br><br>**ORDER OF REFERENCE FOR CHANGE OF PLEA** |

　　　Pursuant to General Order 42, the Court finds that exceptional circumstances warrant the referral of the above-captioned matter to Magistrate Kandis Westmore for a report and recommendation on the acceptance of the Defendant's guilty plea to take place on <u>October 23, 2012 at 9:30 a.m.</u> Upon conducting such hearing, Magistrate Judge Westmore shall schedule the matter for consideration of her report and recommendation on acceptance of guilty plea and judgment and sentencing for January 8, 2012 at 10:00 a.m. in Department 1 of this Court, Judge Saundra Brown Armstrong presiding.

　　　IT IS SO ORDERED.

Dated: 10/11/12

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　SAUNDRA BROWN ARMSTRONG
　　　　　　　　　　　　　　　　　　　United States District Judge