UNITED STATES OF AMERICA

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>BENJAMIN FRANCIS CADILLO,<br><br>    Defendant. | Case No. CR 12-00391 SBA<br><br>[PROPOSED] PRELIMINARY ORDER OF FORFEITURE |

Having considered the Application for a Preliminary Order of Forfeiture filed by the United States and the defendant's guilty plea on November 27, 2012, wherein the defendant admitted to the forfeiture allegation, and good cause appearing,

IT IS HEREBY ORDERED that the following property is forfeited to the United States:

a. Smith & Wesson .40 caliber pistol (with obliterated serial number);

b. Firearm International Pistol Grip Rifle (serial number 585071);

c. Nine (9) .22 caliber rounds of ammunition;

d. Five (5) .40 caliber rounds of ammunition;

e. One (1) .308 caliber round of ammunition;

f. U.S. Balance silver digital scale;

g. Black HTC Spring cellular telephone; and

h. Black Samsung Metro PCS cellular telephone.

///

1     IT IS FURTHER ORDERED that the United States, through its appropriate agency, shall seize the forfeited property forthwith and publish on www.forfeiture.gov, a government website for at least thirty days, notice of this Order, notice of the government's intent to dispose of the property in such manner as the Attorney General may direct and provide notice that any person, other than the defendant, having or claiming a legal interest in the property must file a petition with the Court and serve a copy on government counsel within thirty (30) days of the final publication of notice or of receipt of actual notice, whichever is earlier.

    IT IS FURTHER ORDERED that the government shall conduct discovery in order to identify, locate or dispose of property subject to forfeiture in accordance with Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure.

    IT IS FURTHER ORDERED that the Court shall retain jurisdiction to enforce the Preliminary Order of Forfeiture, and to amend it as necessary, pursuant to Federal Rule of Criminal Procedure 32.2(e).

    IT IS SO ORDERED this __13__ day of __MAY__ 2013.

*Saundra B. Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge